### SMALL v. STATE.
### No. 16076.

Court of Criminal Appeals of Texas.
May 31, 1933.

Wm. Yelderman, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment having been assessed at five years in the penitentiary.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.